# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2200
Lower Tribunal No. 2006-CF-002644

_____

DANIEL CISNEROS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

January 13, 2026

PER CURIAM.

      AFFIRMED.

STARGEL, NARDELLA and WONIAK, JJ., concur.


Daniel Cisneros, Bushnell, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED